IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ADAILTON FERREIRA

04CR 10137 DPW

CRIMINAL ACTION
COUNT ONE
18 U.S.C. §1546
(Fraudulent Identification Documents)

INFORMATION
COUNT ONE
(Fraudulent Identification Documents)

The United States Attorney charges:

On or about September 17, 2003, in the District of Massachusetts,

ADAILTON FERREIRA

the defendant herein, did knowingly use and possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, to wit, alien registration cards, and social security account number cards, knowing the same to be forged, counterfeited, altered and falsely made.

All in violation of 18 U.S.C. §1546(a) and §2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nadine Pellegrini
Assistant U.S. Attorney