```
              IN THE UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       :
                               :            CRIMINAL ACTION
         v.                    :
                               :            NO. 04-10137-DPW
ADAILTON FERREIRA
```

Notice of Appearance

Comes now the United States of America, by Michael J. Sullivan, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, and files this Notice of Appearance as follows:

Please be advised that undersigned counsel will be appearing for the United States in the above-captioned action.

```
                         Respectfully submitted,

                         _____
                         Michael J. Sullivan
                         UNITED STATES ATTORNEY


                          /s/Nadine Pellegrini
                         ASSISTANT UNITED STATES ATTORNEY
                         Nadine Pellegrini
                         United States Courthouse
                         1 Courthouse Way
                         Suite 9200
                         Boston, MA 02210
```

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below electronic filing:

        Charles McGinty

        Federal Defender's Office

This 3rd day of May, 2004.

                        /s/Nadine Pellegrini
                        Nadine Pellegrini
                        ASSISTANT UNITED STATES ATTORNEY