Waiver of Indictment

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10137-DPW |
| | ) | |
| ADAILTON FERREIRA | ) | |

### WAIVER OF INDICTMENT

I, ADAILTON FERREIRA, the above-named defendant, who is accused of use and possession of fraudulent identification documents in violation of 18 U.S.C. §1546(a), being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on May 13, 2004, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Adailton Ferreira, Defendant

_____
Charles McGinty, Counsel for the Defendant

Before: _____
Douglas P. Woodlock
U.S. District Court Judge

May 13, 2004